# United States Bankruptcy Court
**Eastern District of Virginia**
Richmond Division

**TO:**  
David G. Browne

**In re:** Roger G. DeLuke

**Case Number** 10–35888–KRH  
**Chapter** 13

### YOU ARE ADVISED AS FOLLOWS CONCERNING PAPERS FILED BY YOU WHICH CONTAIN DEFICIENCIES:

*26* – Motion to Allow Late Filing of Claim 11 of Brooks & Co. by counsel filed by David Gerard Browne of Meyer, Goergen & Marrs on behalf of Brooks & Co General Contractors, Inc.. (Attachments: # (1) Exhibit(s) A# (2) Exhibit(s) B) (Browne, David)

### REQUIREMENTS OF FORM/PROCESS:

___ Not accompanied by "Request for Waiver to File by Computer Diskette or Conventionally."* Parties represented by attorneys and governmental units and institutional entities must file via the Internet or complete and file a Request for Waiver in order to file by computer diskette or conventionally. Future noncompliant filings will be forwarded to the Court for determination/appropriate action.

___ Please prepare and submit to the Court an Order Extending Stay, which may be obtained from the Court's web site at www.vaeb.uscourts.gov under Bankruptcy Forms.*

___

### MOTION FOR EXPEDITED HEARING [LBR 9013–1(N)]:

___ Not accompanied by Certification Regarding Request for Expedited Hearing*.

___

### MOTION FOR RELIEF FROM STAY AND/OR CODEBTOR STAY [LBR 4001(a)(1)]:

___ Not accompanied by proof of service indicating service of motion upon parties required to be served.

___ Notice as required by LBR 4001(a)–1(C) not clearly stated or conspicuously provided in motion.

___ Caption of codebtor stay does not clearly state the subsection of 11 U.S.C. 1301 under which party is proceeding.

___

### NOTICE OF MOTION OR OBJECTION/NOTICE OF HEARING:

___ Official Form 20A* – Notice of Motion or Objection. The Notice must be in substantial compliance with the official form and must accompany the Motion or Objection when filed.

___ Official Form 20B* – Notice of Objection to Claim. The Notice must be in substantial compliance with the official form and must accompany the objection when filed.

___ Date, time and/or location omitted or incorrect in Notice of Hearing.

___ Notice of Hearing/Response not properly linked to Motion/Application/Objection

**X** Per chambers, your Motion will need to be set for hearing. Please contact Judge Huennekens Courtroom Deputy, Gail Fathergill, to obtain a hearing date and time. Please link Notice of Hearing to your Motion accordingly.

Thank you.

*\*A copy of the above−referenced forms may be obtained from the Court's web site at www.vaeb.uscourts.gov*

Date:  February 25, 2011           CLERK, UNITED STATES BANKRUPTCY COURT

By /s/ Angela S. Mitchell, Deputy Clerk  
Direct Dial Telephone No. (866) 925–7724

[igmotionvDec2009.jsp]